# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

03 - 20133 CR-MARRA

CASE NO. _____

18 U.S.C. § 2422(b)

MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA

vs.

JAIME ALFONSO MONTEALEGRE,

        Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From on or about January 29, 2003, and continuing until on or about January 30, 2003, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAIME ALFONSO MONTEALEGRE,**

did knowingly and intentionally by means of interstate commerce, that is, by computer via the Internet, attempt to persuade, induce, entice, and coerce a person who has not attained the age of 18 years, known to the defendant as "Nikki," to engage in a sexual activity for which any person can be charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

### COUNT 2

On or about January 29, 2003, in Miami-Dade County, in the Southern District of Florida, the defendant,

**JAIME ALFONSO MONTEALEGRE,**

did knowingly and intentionally by means of interstate commerce, that is, by computer via the



Internet, attempt to persuade, induce, entice, and coerce a person who has not attained the age of 18

years, known to the defendant as "Lisa," to engage in a sexual activity for which any person can be

charged with a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

ANTHONY W. LACOSTA
ASSISTANT U.S. ATTORNEY

-2-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03 - 20133 CR-MARRA

UNITED STATES OF AMERICA

v.

MAGISTRATE JUDGE SELTZER

JAIME ALFONSO MONTEALEGRE,

**CERTIFICATE OF TRIAL ATTORNEY**

_____ Defendant. /

**Superseding Case Information:**

**Court Division:** (Select One)

| | |
|---|---|
| New Defendant(s) | Yes _____ No _____ |
| Number of New Defendants | _____ |
| Total number of counts | _____ |

x   Miami  _____ Key West
_____ FTL  _____ WPB _____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:        (Yes or No) __No_____
     List language and/or dialect _____

4.   This case will take   2-3   days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | _____ | |
| II | 6 to 10 days | _____ | Minor | _____ | |
| III | 11 to 20 days | _____ | Misdem. | _____ | |
| IV | 21 to 60 days | _____ | Felony | X | |
| V | 61 days and over | _____ | | | |

6.   Has this case been previously filed in this District Court? (Yes or No)   _No_
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _Yes_____
If yes:
Magistrate Case No.   _03-M-2122_____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of 1/30/03_____
Defendant(s) in state custody as of  _____
Rule 20 from the _____  District of _____

Is this a potential death penalty case? (Yes or No)   _No_____

7.   Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8.   Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

ANTHONY W. LACOSTA
ASSISTANT UNITED STATES ATTORNEY
Court No. A55000698

*Penalty Sheet(s) attached

REV.6/27/00

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**03-20133** CR-MARRA

### PENALTY SHEET

**Defendant's Name:**   Jaime Alfonso Montealegre

MAGISTRATE JUDGE
SELTZER

**Case No:**

Count #: 1

   Attempting to Entice a Minor to Engage in Sexual Activity

   18 U.S.C. § 2422(b)

**\* Max.Penalty:**          Fifteen (15) years' imprisonment

Count #: 2

   Attempting to Entice a Minor to Engage in Sexual Activity

   18 U.S.C. § 2422(b)

**\*Max. Penalty:**      Fifteen (15) years' imprisonment

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

FORM DBD-34

JUN. 85

# 03 - 20133 CR-MARRA

MAGISTRATE JUDGE
SELTZER

## UNITED STATES DISTRICT COURT

*Southern District of Florida*
*Division*

THE UNITED STATES OF AMERICA

*vs.*

**JAIME ALFONSO MONTEALEGRE,**

**Defendant.**

## INDICTMENT

In violation of:

18 U.S.C. § 2422(b)

*A true bill.*

_____
Foreman

F.G.J. 02-03 (Miami)

*Filed in open court this*

*of* _____ A.D. 2003

_____ *day.*

_____
Clerk

Bail, $ _____

03 FEB 10 PM 3: 44

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 03-2122-Bandstra

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JAIME ALFONSO MONTEALEGRE,

        Defendant.

_____/

## DEFENDANT'S INVOCATION OF
## RIGHT TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel

with respect to any and all questioning or interrogation, regardless of the subject matter, including,

but not limited to, matters that may bear on or relate to arrest, searches and seizures, bail, pretrial

release or detention, evidence at trial, guilt or innocence, forfeitures, or that may be relevant to

sentencing, enhanced punishments, factors applicable under the U. S. Sentencing Guidelines,

restitution, immigration status or consequences resulting from arrest or conviction, appeals or other

post-trial proceedings.

The defendant requests that the U. S. Attorney ensure that this invocation of rights is

honored, by forwarding a copy of it to all law enforcement agents, government officials, or



employees associated with the investigation of any matters relating to the defendant.  Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY:  _____
Miguel Caridad
Assistant Federal Public Defender
Florida Bar No. 384021
150 West Flagler Street
Suite 1700
Miami, Florida 33130-1555
Tel:  305-530-7000
Fax: 305-536-4559

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served via U.S. Mail upon the United States Attorney's Office, 99 N. E. 4th Street, Miami, Florida 33132-2111, this 16th day of February, 2003.

_____
Miguel Caridad

J:\Montealegre, Jaime Alfonso Reg69434-004\WorkingSubDirectory\SILENCE.MOT

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: _03-2122_

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

*Jaime Alfonso Montealegre*

        Defendant.

_____

**ORDER APPOINTING
FEDERAL PUBLIC DEFENDER**

    The above named defendant having testified under oath or provided appropriate financial affidavit that he or she is financially unable to employ counsel but wishes to be represented by counsel, it thereupon

    **ORDERED AND ADJUDGED** that the Federal Public Defender for the Southern District of Florida is appointed to represent this defendant for all proceedings in this case unless relieved by Court Order.

    **DONE AND ORDERED** at Miami, Florida this _5th_ day of _February_, 20_03_

TAPE NO.03A-_6, 2252_

c: AUSA
   FPD
   Pretrial Services or Probation
   U.S. Marshal
formoapp.fpd

_____
UNITED STATES MAGISTRATE JUDGE
JOHN J. O'SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  03-2122-BANDSTRA

UNITED STATES OF AMERICA,

vs.

~~ORDER ON HEARING TO~~
~~REPORT RE COUNSEL~~

JAIME ALFONSO MONTEALGRE,

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____   Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____   The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____   The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____   The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this _____5-th_____ day of ____FRBRUARY____,2003

TAPE 03A- 6 2252.

_____
JOHN J. O'SULLIVAN
**UNITED STATES MAGISTRATE JUDGE**

c. Defense Counsel
   Pretrial Services
   U.S. Marshal
   AUSA -

UNITED STATES DISTRICT COUR.
SOUTHERN DISTRICT OF FLORIDA

APPEARANCE BOND:
CASE NO.: C3 - 2122 JEB

UNITED STATES OF AMERICA
        Plaintiff,
v.

Jaime Alfonso Montealegre
        Defendant,
_____/

I, the undersigned defendant and I or we, the undersigned sureties, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay the United States of America, the sum of
$ 75,000 PSB_____.

## STANDARD CONDITIONS OF BOND

The conditions of this bond are that the defendant:

    1. Shall appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of the defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment. This is a continuing bond, including any proceeding on appeal or review, which shall remain in full force and effect until such time as the court shall order otherwise.

    2. May not at any time, for any reason whatever, leave the Southern District of Florida or other District to which the case may be removed or transferred after he or she has appeared in such District pursuant to the conditions of this bond, without first obtaining written permission from the court, except that a defendant ordered removed or transferred to another district may travel to that district as required for court appearances and trial preparation upon written notice to the Clerk of this court or the court to which the case has been removed or transferred. The Southern District of Florida consists of the following counties: **Monroe, Miami-Dade, Broward, Palm Beach, Martin, St. Lucie, Indian River, Okeechobee, and Highlands.**

    3. May not change his or her present address as recorded on page 4 of this bond without prior permission in writing from the court.

    4. Is required to appear in court at all times as required by notice given by the court or its clerk to the address on this bond or in open court or to the address as changed by permission from the court. The defendant is required to ascertain from the Clerk of Court or defense counsel the time and place of all scheduled proceedings on the case. In no event may a defendant assume that his or her case has been dismissed unless the court has entered an order of dismissal.

    5. Shall not commit any act in violation of state or federal laws.



DEFENDANT: _Junie Montalegre_
CASE NUMBER: _D3-2122 TEP_
PAGE TWO

## SPECIAL CONDITIONS OF BOND

In addition to compliance with the previously stated conditions of bond, the defendant must comply with the special conditions checked below:

✓ a. Surrender all passports and travel documents, if any, to the Pretrial Services Office and not obtain any travel documents during the pendency of the case;

✓ b. Report to Pretrial Services as follows: (✓ *as directed or* _____ *times in person and* _____ *times by telephone*;

___ c. Submit to substance abuse testing and/or treatment as directed by Pretrial Services;

___ d. Refrain from excessive use of alcohol, or any use of a narcotic drug or other controlled substance, as defined in section 102 of the Controlled Substances Act (21 U.S.C. § 802), without a prescription by a licensed medical practitioner;

___ e. Participate in mental health assessment and/or treatment;

___ f. Participate and undergo a sex offense specific evaluation and treatment;

___ g. Maintain or actively seek full-time employment;

___ h. Maintain or begin an educational program;

___ i. Avoid all contact with victims of or witnesses to the crimes charged, except through counsel;

___ j. Refrain from possessing a firearm, destructive device or other dangerous weapons;

___ k. None of the signatories may sell, pledge, mortgage, hypothecate, encumber, etc., any property they own, real or personal, until the bond is discharged, or otherwise modified by the Court;

___ l. May not visit commercial transportation establishment: *airports, seaport/marinas, commercial bus terminals, train stations, etc.*;

✓ m. No access to the internet via any type of connectivity device (*i.e. computers, pda's, cellular phones, tv's*), and follow instructions as outlined in the attached agreement waiver provided to you by Pretrial Services;

___ n. **HOME CONFINEMENT PROGRAM** The defendant shall participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) **will not** or ( ) **will include electronic monitoring or other location verification system, paid for by the defendant** *based upon his/her ability to pay* ( ) or paid for by Pretrial Services ( ).

✓ Curfew: You are restricted to your residence every day from _10 pm_ to _6 Am_ or as directed by the Court. _Monitored By PTS_

____ Home Detention: You are restricted to your residence at all times except for: ( ) **medical needs or treatment,** ( ) **court appearances,** ( ) **attorney visits or court ordered obligations, and** ( ) **other**
_____.

___ o. **HALFWAY HOUSE PLACEMENT** The defendant shall reside at a halfway house or community corrections center and abide by all the rules and regulations of the program.
You are restricted to the halfway house at all times except for: ( ) **employment;** ( ) **education;** ( ) **religious services;** ( ) **medical, substance abuse, or mental health treatment;** ( ) **attorney visits;** ( ) **court appearances;** ( ) **court ordered obligations;** ( ) **reporting to Pretrial Services; and** ( ) **other** _____.

___ p. May travel to and from:_____, and must notify Pretrial Services of travel plans before leaving and upon return.

✗ q. Comply with the following additional conditions of bond:
_Reside with Parents_
_Restricted SDA_

DEFENDANT: _Jane Montelegu_
CASE NUMBER: _03-2122-1802_
**PAGE THREE**

## PENALTIES AND SANCTIONS APPLICABLE TO DEFENDANT

Violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for the defendant's arrest, a revocation of release, an order of detention, as provided in 18 U.S.C. § 3148, forfeiture of any bail posted, and a prosecution for contempt as provided in 18 U.S.C. § 401, which could result in a possible term of imprisonment or a fine.

The commission of any offense while on pretrial release may result in an additional sentence upon conviction for such offense to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be consecutive to any other sentence and must be imposed in addition to the sentence received for the offense itself.

Title 18 U.S.C. § 1503 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to intimidate or attempt to intimidate a witness, juror or officer of the court; 18 U.S.C. § 1510 makes it a criminal offense punishable by up to five years of imprisonment and a $250,000 fine to obstruct a criminal investigation; 18 U.S.C. § 1512 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to tamper with a witness, victim or informant; and 18 U.S.C. § 1513 makes it a criminal offense punishable by up to ten years of imprisonment and a $250,000 fine to retaliate against a witness, victim or informant, or threaten to do so.

It is a criminal offense under 18 U.S.C. § 3146, if after having been released, the defendant knowingly fails to appear as required by the conditions of release, or to surrender for the service of sentence pursuant to a court order. If the defendant was released in connection with a charge of, or while awaiting sentence, surrender for the service of a sentence, or appeal or certiorari after conviction for:

(1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more the defendant shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, the defendant shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3)  any other felony, the defendant shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4)  a misdemeanor, the defendant shall be fined not more that $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be consecutive to the sentence of imprisonment for any other offense. In addition, a failure to appear may result in the forfeiture of any bail posted, which means that the defendant will be obligated to pay the full amount of the bond, which may be enforced by all applicable laws of the United States.

DEFENDANT: _Jaime Montealegre_

CASE NUMBER: _03-2122-TEB_

**PAGE FOUR**

## PENALTIES AND SANCTIONS APPLICABLE TO SURETIES

Violation by the defendant of any of the foregoing conditions of release will result in an immediate obligation by the surety or sureties to pay the full amount of the bond. Forfeiture of the bond for any breach of one or more conditions may be declared by a judicial officer of any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the bond is forfeited and the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each surety jointly and severally for the amount of the bond, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

## SIGNATURES

I have carefully read and I understand this entire appearance bond consisting of four pages, or it as been read to me, and, if necessary, translated into my native language, and I know that I am obligated by law to comply with all of the terms of this bond. I promise to obey all conditions of this bond, to appear in court as required, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions outlined in this bond for violations of the terms of the bond.

If I am an agent acting for or on behalf of a corporate surety, I further represent that I am a duly authorized agent for the corporate surety and have full power to execute this bond in the amount stated.

### DEFENDANT

Signed this _____ day of _____, 20___, at _____, Florida.

Signed and acknowledged before me:

WITNESS: _____

ADDRESS: _____

_____ ZIP

DEFENDANT:(Signature) _Jaime Montealegre_

ADDRESS: _14915 S.W. 30 st Apt 214_

_Miami,       FL_       ZIP _33183_

TELEPHONE: _(305) 752-8182_

### CORPORATE SURETY

Signed this _____ day of _____, 20___, at _____, Florida.

SURETY: _____

ADDRESS: _____

_____ ZIP

AGENT:(Signature) _Exfiantisn_

PRINT NAME: _JAIME MONTEALEGRE_

TELEPHONE: _(305) 752-8182_

_(Father)_

### INDIVIDUAL SURETIES

Signed this ___ day of ___ 20___, at _____, Florida.

SURETY:(Signature) _J. C. Luntly_

PRINT NAME: _JAIME Montealegre_

RELATIONSHIP TO DEFENDANT: _Father_

ADDRESS: _(305)752-8182   14915 SW st Miami_

_____ ZIP

TELEPHONE: _____

Signed this ___ day of ____, 20___, at _____, Florida.

SURETY:(Signature) _Esperanza Montealegre_

PRINT NAME: _ESPERANZA MONTEALEGRE_

RELATIONSHIP TO DEFENDANT: _Mother_

ADDRESS: _219_

_____ ZIP

TELEPHONE: _____

### APPROVAL BY COURT

Date: _1/31/03_

_[signature]_

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION: Defendant, Assistant U.S Attorney, Counsel, U.S. Marshal, Pretrial Services

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 03- 2122   TEB

UNITED STATES OF AMERICA

        Plaintiff,

v.

JAIME ALFONSO MONTEALEGRE
**DOB: 8/31/77   (J)69434-004**
        Defendant.

_____/

## ORDER ON INITIAL APPEARANCE

AUSA _Sanchez_          Language _English_
Agent _____          Tape No. 03E- _6 - 2 ci l_

    The above-named defendant having been arrested on _1/30/03_ having appeared before the court for initial appearance on _1/31/03_ and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. _Andres Alonso JR_ appeared as ~~permanent~~ temporary counsel of record.
   Address: _No Notice of appearance_
   Zip Code: _____ Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____ _2-5_, 2003.

4. Arraignment/Preliminary/~~Removal/Identify~~ hearing is set for _10am_ _2-14_, 2003.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_, 2003.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _75,000PSB Co-Signed by Parents_
_____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
   ✓ a. Surrender all passports and travel document to the Pretrial Services Office.
   ✓ b. Report to Pretrial Services as follows: ___ times a week by phone, ___ time a week in person;
      other: _as directed_
   ___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

### JAIME ALFONSO MONTEALEGRE

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _10 PM–6AM – PTS to monitor_
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:
_No Access to internet/Any Type of Connectivity devices_
_Reside with Parents   Restricted SDFL_

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond.  Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release  and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u> this <u>31st</u> day of <u>JANUARY</u>, 2003.

**TED E. BANDSTRA**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
Defendant
Counsel
U.S. Marshal
Pretrial Services/Probation

# UNITED STATES DISTRICT COURT
### Southern District of Florida

| | | |
|---|---|---|
| UNITED STATES of AMERICA | ) | Case Number: CR _03-2172 TEB_ |
| Plaintiff | ) | |
| | ) | REPORT COMMENCING CRIMINAL |
| -VS- | ) | ACTION |
| Montealegre, Jaime Alfonso | ) | |
| USMS# 69434-004    Defendant | ) | |

TO: Clerk's Office     **MIAMI**   FT. LAUDERDALE     W. PALM BEACH
      U.S. District Court                FT. PIERCE
                                  (circle one of above)
NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1)   Date and Time of Arrest: 01 30 2003            4:15   am/(pm)

(2)   Language Spoken: English/Spanish

(3)   Offense(s) Charged: 18 USC 2422    Enticement of minor for sexual activity

(4)   U.S. Citizen    [x] Yes        [ ] No        [ ] Unknown   US

(5)   Date of Birth: __08_31_1977__

(6)   Type of Charging Document: (check one)
      [ ] Indictment              [-] Complaint to be filed/ already filed

      Case # _____

      [ ] Bench Warrant for Failure to Appear
      [ ] Probation Violation Warrant
      [ ] Parole Violation Warrant
      Originating District: __Southern District of Florida__

      COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] Yes      [ ] No

Amount of Bond: $ ___PTD_____

Who set Bond: _____

(7)   Remarks:_____

(8)   Date: _____01_30_2003_____   (9) Arresting Officer: Timothy R Devine

(10)  Agency: ___FLSS31100_____   (11) Phone: _(305) 629-1800_____

(12)  Comments: _____



AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA _____

UNITED STATES OF AMERICA

vs.

JAIME ALFONSO MONTEALEGRE.

## CRIMINAL COMPLAINT

CASE NUMBER: *03-2122-Bandstra*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about January 30, 2003, in Miami-Dade County, in the Southern District of Florida, the defendant, **JAIME ALFONSO MONTEALEGRE**, used the mail or any facility or means of interstate or foreign commerce of the United States to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in a sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

I further state that I am a Special Agent and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

_____
SPECIAL AGENT TIMONTY DEVINE
BUREAU OF ALCOHOL TOBACCO AND FIREARMS
*TRO*
*US SECRET SERVICE*

Sworn to before me, and subscribed in my presence,

| | |
|---|---|
| January 31, 2003 | at   Miami, Florida |
| Date | City and State |

TED E. BANDSTRA
**UNDER STATES MAGISTRATE JUDGE**
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer



## AFFIDAVIT

I, Timothy R. Devine, being first duly sworn upon oath, do hereby depose and state as follows:

1. I am a Special Agent of the United States Secret Service (USSS) and have been so employed for since April of 1999. I am currently assigned to the Miami Electronic Crimes Task Force (MECTF), Miami Field Office, of the USSS. My duties include the investigation of computer and Internet related crimes. I submit this affidavit based upon information known to me personally from investigation, as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2. This is investigation is part of an undercover operation initiated by the Miami Electronic Crimes Task Force. I have participated in this investigation, spoken with other law enforcement agents, and have reviewed documents and transcripts of Internet communications related to this investigation. Because this affidavit is being submitted for a limited purpose of establishing probable cause, I have not included every aspect, fact, or detail of this investigation. I know from my training and experience that "Yahoo" Internet Relay Chat is a computer program that permits individuals with access to the Internet to electronically communicate with each other in real time ("chats"). Users of this program choose names with which to identify themselves ('nicknames," "screen names," or usernames) during communications with other users.

3. On 01/29/03, members of MECTF were signed into the Yahoo Internet Relay Chat on a computer at the United States Secret Service, Miami Field Office, utilizing the female undercover username "Maminikki14." "Maminikki14" entered the Miami Room of Yahoo Internet Relay Chat and was contacted via private message by the user utilizing the username "Jmontea77." During this chat, "Maminikki14" identified herself as 14-years old and "Jmontea77" identified himself as Jamie, a 25-year old male. "Jmontea77" asked "Maminikki14" to meet him for the purpose of engaging in sexually activity. "Maminikki14" and "Jmontea77" agreed to meet on 1/30/03 at 4:15

pm behind the Publix Shopping Center, located at the corner of NW 58th Street and 107th Avenue, Miami. "Jmontea77" stated he would be driving a white car and wearing blue pants and a light blue shirt. "Maminikki14" advised she would be wearing jeans, a blue sweatshirt, and baseball hat.

4. Continuing on 01/30/02, at 4:00 pm, Agents of this service instituted surveillance of the Publix Supermarket, located at the corner of NW 58th Street and 107th Avenue in Miami. A female undercover Agent, posing as "Maminikki14," positioned herself in the parking area behind the Publix shopping center. At 4:12, Agents noticed a white male, wearing grey pants, dress shirt and tie, walking on the east side of the Publix shopping center towards the back area. Agents observed the subject look towards the back area of the Publix shopping center, walk to the front of the Publix shopping center, and then enter the back area of the Publix shopping center via the west side of the center. The subject approached the undercover Agent and stated, "Hi, are you Nikki?" The undercover Agent responed, "Yes, are you Jamie?' The subject replied, "Yes." Agents approached the subject, identified themselves, and detained the subject.

5. Continuing on 01/30/03, the subject, identified as Jamie Alfonso Montealegre, age 25, was interviewed at the Miami Field Office. Prior to questioning, Montealegre was advised of his Miranda Rights, which he stated he understood and waived both verbally and in writing. Montealegre stated he utilizes the username "Jmontea77" for Yahoo Internet Relay Chat. Montealegre stated on 01/30/03 he was engaged in Internet Relay Chat with "Maminikki14" and believed she was a 14-year old girl. Montealegre stated he asked Maminikki14 to meet him for the purpose of engaging in sexual activity. Montealegre traveled to the Publix with the intent to engage in sexual activity with "Maminikki14" but changed his mind as he approached her.

AFFIANT SAYETH NAUGHT

SPECIAL AGENT TIMOTHY DEVINE
UNITED STATES SECRET SERVICE

SWORN TO BEFORE ME THIS 31st DAY OF JANUARY, 2003.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. *03-2122-Bandstra*

**UNITED STATES OF AMERICA**

**vs.**

**JAIME ALFONSO MONTEALEGRE,**

　　　　**Defendant.**
_____/

**CRIMINAL COVER SHEET**

1.　　Did this case originate from a matter pending in the United States Attorney's Office prior to April 1, 1999?　＿＿＿ Yes　＿X＿ No

2.　　Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999?　＿＿＿Yes　＿X＿ No

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　MARCOS DANIEL JIMENEZ
　　　　　　　　　　UNITED STATES ATTORNEY

BY:　　　　　　　
　　　　　　ANTHONY W. LACOSTA
　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　99 N. E. 4th Street
　　　　　　Miami, Florida   33132-2111
　　　　　　TEL (305) 961-9255
　　　　　　FAX (305) 530-7976